# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **TENNESSEE FARMERS MUTUAL INSURANCE COMPANY, ET AL.,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| vs. | |
| **BRP U.S. INC., ET AL.,** | |
| | CASE NO: 18-1148-STA-jay |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal entered on June 20, 2019, this cause is hereby **DISMISSED** with prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 6/25/2019

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk